℘JS 45  (5/97) - (Revised U.S.D.C. MA 9/29/2010)

**Criminal Case Cover Sheet**                                          **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____    **Category No.** II    **Investigating Agency** FBI

**City**   Burlington

**Related Case Information:**

**County**   Middlesex

Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number   26-MJ-8024/8025-PGL
R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)?  If yes, case number _____    ☐ Yes  ☑ No

Defendant Name   Jianyang Huang                    Juvenile:  ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name: _____

Address:   Lexington, Massachusetts

Birth date (Yr only): 1987    SSN (last 4#): _____    Sex: M    Race Asian    Nationality: China

**Defense Counsel if known:**   Cory S. Flashner    Address:  One Financial Center

Bar Number: _____                              Boston, MA 02111

**U.S. Attorney Information**

AUSA:   Fred M. Wyshak, III    Bar Number if applicable:  674033

**Interpreter:**  ☑ Yes  ☐ No    List language and/or dialect:  Chinese (Mandarin)

**Victims:**  ☐ Yes  ☑ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☐ No

**Matter to be SEALED:**  ☐ Yes  ☑ No

☐ Warrant Requested    ☐ Regular Process    ☑ In Custody

**Location Status:** _____

**Arrest Date:**   March 25, 2026

☑ Already in Federal Custody as of   March 25, 2026    in   Suffolk County Jail   .
☐ Already in State Custody at _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by: _____    on _____

**Charging Document:**  ☑ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:**  ☐ Petty _____    ☐ Misdemeanor _____    ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑  **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 3/26/2026    Signature of AUSA:  *Fred M. Wyshak, III*

JS 45 (5/97) (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant** ____Jianyang Huang_____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC §§ 841(a)(1) & (b)(1)(A)(ii) | Possession with Intent to Distribute 5 Kilograms or More of Cocaine | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013