COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS April 7, 2026

On this 7th day of April, 2026, before me, the undersigned notary public, personally appeared Jianyang Huang and Xiaofang Huang, proved to me through satisfactory evidence of identification, which was ___ photographic identification with signature issued by a federal or state government agency, √___ oath or affirmation of a credible witness, __ personal knowledge of the undersigned, to be the persons whose names are signed on the preceding document, and acknowledged to me that they signed it voluntarily for its stated purpose.

DOUGLAS P. WOOD
NOTARY PUBLIC
COMMONWEALTH OF MASSACHUSETTS
MY COMMISSION EXPIRES 1/20/2028

NOTARY PUBLIC
My Commission Expires: 1/20/2028

United States of America. Upon such termination, and upon order of the Court, the Escrow Agent shall transfer the funds back to the Surety.

4. The validity and construction of this Agreement shall be governed by the laws of the Commonwealth of Massachusetts.

5. This Escrow Agreement shall be binding upon and shall inure to the benefit of the parties hereto and their respective successors, assigns and personal representatives.

IN WITNESS WHEREOF, the parties here have caused this Agreement to be executed as of the date first written above.

ESCROW AGENT:
ROBERT M. FARRELL,
CLERK OF COURT

By: A. Traganos

Deputy Clerk 4/7/26.

SURETY:

Jianyang Huang

Xiaofang Huang

LEAH B. FOLEY,
UNITED STATES ATTORNEY

By:

Fred M. Wyshak, III
Asst. U.S. Attorney

# ESCROW AGREEMENT

ESCROW AGREEMENT entered into this 7th day of April, 2026, among Jianyang Huang and Xiaofang Huang (herein "Surety"), Leah B. Foley, in her official capacity as United States Attorney for the District of Massachusetts (herein "United States Attorney"), and Robert M. Farrell, in his official capacity as Clerk of the United States District Court for the District of Massachusetts (herein "Escrow Agent").

WHEREAS the Surety is desirous of effecting the release of Jianyang Huang (herein "Defendant") in Criminal No. 26-mj-08036-PGL, on the terms and conditions of bail set forth in an Order Setting Conditions of Release (herein "Bail Order") dated April 7, 2026, and entered by the Honorable Paul G. Levenson, United States Magistrate Judge, and has agreed to execute a personal bond in the amount of Two Hundred Fifty Thousand ($250,000.00) Dollars (herein "Personal Bond") to secure the Defendant's compliance with the terms and conditions of the Bail Order.

NOW THEREFORE, in consideration of the mutual covenants and agreements contained herein, the parties hereto agree as follows:

1. The Surety shall execute a quitclaim deed to the parcel of real property located at 10 Ross Road, Lexington, Massachusetts and more particularly described in the following deed:

> Dated October 28, 2020, Jianyang Huang and Xiaofang Huang, from William H. McAlduff, Jr. and Elizabeth L. McAlduff, and recorded in Book 76224, Page 172, of the Middlesex South Registry of Deeds.

in favor of the United States of America, and deliver said deed to the Escrow Agent to be held in escrow pursuant to the terms of this Agreement.

2. The Surety further agrees to execute any additional documents and take any action necessary to effectuate the transfer of said parcel of real property and facilitate the sale of such property in the event the Defendant fails to appear in Court when required and is thereby defaulted by a judicial officer of the Court.

3. The Escrow Agent shall hold the quitclaim deed in escrow under the following terms and conditions:

> A. In the event that the Defendant fails to appear in Court as required in Criminal No. 26-mj-08036-PGL and Defendant is declared to be in default by a judicial officer of the United States District Court for the District of Massachusetts, then, upon order of the Court, the Escrow Agent shall deliver the funds to the United States Attorney.
>
> B. This Agreement shall terminate upon the final Disposition of Criminal No. 26-mj-08036-PGL and written discharge of the bond provided to the Surety by the

Subject to easements and restrictions and covenants of record, insofar as now in force and effects.

The grantors hereby release any and all rights of Homestead in the property herein conveyed and warrant that there are no other persons entitled to any Homestead rights in the property pursuant to M.G.L. c. 188.

Being the same premises conveyed to the within Grantors by deed of William H. McAlduff, Jr. and Elizabeth L. McAlduff dated October 28, 2020 and recorded with Middlesex South County Registry of Deeds in Book 76224, Page 172.

WITNESS our hands and seals this 7th day of April, 2026

Jianyang Huang

Xiaofang Huang

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS April 7, 2026

On this 7th day of April, 2026, before me, the undersigned notary public, personally appeared Jianyang Huang and Xiaofang Huang, proved to me through satisfactory evidence of identification, which was ___ photographic identification with signature issued by a federal or state government agency, _✓_ oath or affirmation of a credible witness, __ personal knowledge of the undersigned, to be the persons whose names are signed on the preceding document, and acknowledged to me that they signed it voluntarily for its stated purpose.

DOUGLAS P. WOOD
NOTARY PUBLIC
COMMONWEALTH OF MASSACHUSETTS
MY COMMISSION EXPIRES 1/20/2028

NOTARY PUBLIC
My Commission Expires: 01/20/2028

# QUITCLAIM DEED

Jianyang Huang and Xiaofang Huang, as joint tenants with rights of survivorship, of 10 Ross Road, Lexington, Massachusetts, 02421, herein designated as the Grantors,

For consideration of the release of the defendant Jianyang Huang, pursuant to the appearance bond in the criminal proceeding in Criminal No. 26-mj-08036-PGL and the terms and conditions of a certain Escrow Agreement between Grantors and Leah B. Foley, United States Attorney for the District of Massachusetts,

grant to THE UNITED STATES OF AMERICA, whose mailing address is United States Attorney's Office, 1 Courthouse Way, Suite 9200, Boston, MA 02210 IN FEE SIMPLE.

with quitclaim covenants, the following described premises:

Property Address: 10 Ross Road, Lexington, Massachusetts, 02421

The land with the buildings thereon situated on 10 Ross Road, Lexington, Middlesex County, Massachusetts, and shown as Lot 81 on a plan entitled "Battleground Village Section 2, Lexington, Mass." Whitman and Howard Civil Engineers, dated May 21, 1957, recorded in Middlesex South District Registry of Deeds in Book 9060, Page 31 and bounded and described as follows:

NORTHEASTERLY: by the Southerly line of Ross Road, by two lines measuring respectively sixty-five and 18/100 (65.18) feet and eighty-five (85) feet;

SOUTHEASTERLY: by Lot 80 on said plan, one hundred forty and 64/100 (140.64) feet;

SOUTHWESTERLY: by the State Highway known as 128, one hundred seventy and 75/100 (170.75) feet; and

NORTHWESTERLY: by Lot 82 on said plan, one hundred twenty-nine and 29/100 (129.29) feet.

Containing 20,638 square feet of land according to said plan.

The above-described premises are hereby subject to a twenty (20) foot sewer easement as shown on said plan as taken by the Town of Lexington by instrument dated July 8, 1957 recorded with said Deeds in Book 9032, Page 58 and subject to a Taking by the Commonwealth of Massachusetts for the relocation of Route 128 by instrument dated August 30, 1960 and recorded with said Deeds in Book 9707, Page 376.

11. Notwithstanding any other agreement between the Mortgagors and Mortgagee, or any provision of law, the Mortgagee shall not be required to discharge this Mortgage except upon order of the Court. It shall be the obligation of the Mortgagors to furnish the Mortgagee with a certified copy of said order.

IN WITNESS WHEREOF, this Mortgage has been duly executed by the Mortgagors.

Jianyang Huang

Xiaofang Huang

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS April 7, 2026

On this 7th day of April, 2026, before me, the undersigned notary public, personally appeared Jianyang Huang and Xiaofang Huang, proved to me through satisfactory evidence of identification, which was ___ photographic identification with signature issued by a federal or state government agency, ✓ oath or affirmation of a credible witness, __ personal knowledge of the undersigned, to be the persons whose names are signed on the preceding document, and acknowledged to me that they signed it voluntarily for its stated purpose.

DOUGLAS P. WOOD
NOTARY PUBLIC
COMMONWEALTH OF MASSACHUSETTS
MY COMMISSION EXPIRES 1/20/2028

NOTARY PUBLIC
My Commission Expires: 01/20/2028

3. That the Mortgagors shall keep the Property in good repair and shall not commit waste or permit impairment or deterioration of the Property, and no building on the Property shall be removed or demolished without the consent of the Mortgagee.

4. That the Mortgagors will pay all taxes, assessments or water rates, and in default thereof, the Mortgagee may, but is not required to, pay the same. In the event that the Mortgagee elects not to pay the same, the Mortgagee is not required to so notify the Mortgagors.

5. That the proceeds of any award or claim for damages, direct or consequential, in connection with any condemnation or other taking of the Property, or part thereof, or for conveyance in lieu of condemnation, said proceeds not to exceed the dollar amount of the personal bond secured by this Mortgage, shall be delivered to the Mortgagee, who shall hold such proceeds in a non-interest bearing escrow account until either (1) the personal bond has been discharged by the Court, whereupon, and only upon an order of the Court, the Mortgagee shall deliver said proceeds to the Mortgagor, or (2) the Defendant fails to observe the Order Setting Conditions of Release appear in Court when required and is defaulted by a judicial officer of the Court, whereupon the proceeds shall be disbursed for the benefit of the United States of America in accordance with, and only upon, an order of the Court.

6. That notice and demand or request may be made in writing and may be served in person or by mail.

7. That the Mortgagors will warrant and defend the title to the Property against all claims and demands.

8. That the Mortgagors will create no further encumbrances of any kind against the Property.

9. That the Mortgagors, in case a sale shall be made under the power of sale, will, upon request, execute, acknowledge and deliver to the purchaser or purchasers a deed or deeds of release confirming such sale, and that the Mortgagee is appointed and constituted the attorney irrevocable of the Mortgagors to execute and deliver to said purchaser a full transfer of all policies of insurance on the Property at the time of such sale.

10. That the holder of this Mortgage, in any action to foreclose it, shall be entitled to the appointment of a receiver.

[ This Space Intentionally Left Blank ]

Property Address: 10 Ross Road, Lexington, Massachusetts, 02421

# MORTGAGE

THIS MORTGAGE is made this 7th day of April, 2026, between Jianyang Huang and Xiaofang Huang, 10 Ross Road, Lexington, Massachusetts (herein "Mortgagors"), and the Clerk of the United States District Court for the District of Massachusetts, United States Courthouse, 1 Courthouse Way, Boston, Massachusetts (herein "Mortgagee").

WITNESSETH, for consideration paid and to secure a personal bond of even date for Jianyang Huang (herein "Defendant"), in Criminal No. 26-mj-8036-PGL, before the United States District Court for the District of Massachusetts (herein "Court"), in the amount of Two Hundred Fifty Thousand **($ 250,000.00)** Dollars executed by the Mortgagors in favor of the United States of America, and to secure the Defendant's appearance in Court as required by an Order Setting Conditions of Release dated April 3, 2026, and filed with the Court, and to further secure the performance of all other covenants and agreements of or by the Defendant and Mortgagors herein for the benefit of the Mortgagee, which may now exist or may hereafter exist or accrue while this Mortgage is still undischarged of record, and in furtherance of and pursuant to an escrow agreement made this day between the Mortgagors, the United States Attorney for the District of Massachusetts and the Mortgagee, the Mortgagors hereby mortgage, with power of sale, the following parcel of real property, with the following covenants thereon, situate, lying and being in the County of Middlesex, Commonwealth of Massachusetts, and more particularly described in the following deed:

> Dated October 28, 2020, Jianyang Huang and Xiaofang Huang, from William H. McAlduff, Jr. and Elizabeth L. McAlduff, and recorded in Book 76224, Page 172, of the Middlesex South Registry of Deeds.

TOGETHER with all the improvements now or hereafter erected on the property, and all easements, rights, appurtenances, rents, royalties, mineral, oil and gas rights and profits, water, water rights, and water stock, and all fixtures now or hereafter attached to the property, all of which, including replacements and additions thereto, shall be deemed to be and remain a part of the property covered by this Mortgage; and all of the foregoing, together with said property are hereinafter referred to as the "Property."

THE MORTGAGORS covenants with the Mortgagee as follows:

1. That the Mortgagors shall pay the indebtedness as hereinbefore provided.

2. That the Mortgagors will keep the Property insured against loss by fire or hazards included within the term "extended coverage" for the benefit of the Mortgagee; that the Mortgagors will assign and deliver the policies to the Mortgagee; and that the Mortgagors will reimburse the Mortgagee for any premiums paid or insurance made by the Mortgagee on the Mortgagors default in so insuring the Property or in so assigning and delivering the policies. However, the Mortgagee shall never be required to maintain insurance of any type or description on the Property.