UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. No. 26-mj-08036-PGL |
| | ) | |
| JIANYANG HUANG, | ) | |
| Defendant. | ) | |
| | ) | |

## MOTION TO SUBSTITUTE REDACTED DOCUMENTS

Pursuant to Federal Rule of Criminal Procedure 49.1(a), Defendant Jianyang Huang

("Huang") hereby requests that the Court substitute the attached redacted documents for current

Document 2-2 (Affidavit in Support of Complaint) and Document 17 (Mortgage Documents).

As grounds therefor, Huang states that the current documents contain Huang's home address.

Rule 49.1(a) requires home addresses to be redacted from documents filed with the Court.  The

attached documents comply with this Rule.

Counsel for Huang has conferred with the government, who takes no position on this

motion and defers to the Court.

WHEREFORE, Huang requests that the Court allow this motion.

JIANYANG HUANG
By his attorney,

 /s/ Matthew D. Thompson
Matthew D. Thompson
B.B.O. 655225
BUTTERS BRAZILIAN LLP
420 Boylston Street
Boston, Massachusetts 02116
(617) 367-2600
fax: (617) 367-1363

Dated: April 15, 2026                                    thompson@buttersbrazilian.com

## CERTIFICATE OF SERVICE

I hereby certify that the above document was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

 /s/ Matthew D. Thompson
Matthew D. Thompson